# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANDRE WINGO,

    Plaintiff,

v.                                                                                                     Case No. 10-C-433

WALTER LEMON,
TEDI GENTRY,
MARGO NEIMON, and
ROMERO WILSON,

    Defendants.

---

ANDRE WINGO,

    Plaintiff,

v.                                                                                   Case No. 10-C-463

WALTER LEMON and
TEDI GENTRY,

    Defendants.

## ORDER

On October 6, 2010, this court conducted a status conference in these cases. The pro se plaintiff, Andre Wingo, did not appear in person, nor did he provide the court with a telephone number where he could be reached to appear by telephone. Attorney Sheila Sullivan appeared by telephone on behalf of the defendants. During the conference, the court noted that the plaintiff did not file a brief by September 8, 2010, addressing the issue of his ability to file motions in light of the court of appeals' order of August 2, 2007. See Court's Order of August 26, 2010. On August 2, 2007, the appeals court issued a Mack[1]

---

[1] Support Systems Int'l v. Mack, 45 F.3d 185 (7th Cir. 1995)

order finding that the plaintiff had acquired three strikes under the Prison Litigation Reform Act, 28 U.S.C. 1915(g) and directing the clerks of the federal courts in this circuit to return unfiled any papers submitted by or on behalf of the plaintiff, with some limited exceptions, until he pays all outstanding fees and sanction in all civil actions he has filed. See Wingo v. Kluck, Case No. 07-C-69 (7th Cir. August 2, 2007).

In addition, this court observed that the defendants had filed motions for summary judgment on September 10, 2010. Although the plaintiff's responses to those motions are due 30 days thereafter, the court will grant the plaintiff an extension of time to October 22, 2010 to file his responses to the defendants' motions. Accordingly, the court enters the following order:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The plaintiff is to advise the court in writing on or before **October 18, 2010** as to why he failed to appear at the October 6, 2010, status conference.

2. The plaintiff's responses to defendants' motions for summary judgment shall be filed no later than **October 22, 2010**.

3. The defendants' reply briefs shall be filed no later than **November 5, 2010**.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2010.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge